OF Pennsylvania

De-Shawn Drumgo Sr

V

CA NO. _____

SGT Funk, Unit Manager Hornung
C.O. Cline, C.O. James, C.O. Lowe
C.O. Yox, SGT Bare, SGT Gilbert
Security L.T. Mihal and L.T Berfield
Tonya Heist (GC) SGT McBeth, Deb Alvord
C.O. Ruth, SGT Bainey, Unit Mgr Digby
SGT Rivera, C.O. Hubert, L.T. Horner
Superintendent Laurel Hurry, (H9X) Schnek
C.O. Johnson, Unit Mgr Ritchey, Jane Doe, John Doe
SGT McGee, SGT Maul

FILED
SCRANTON
SEP 11 2020
PER _____
DEPUTY CLERK

1. Introduction

Plaintiff De-Shawn Drumgo sr, (here in after "Drumgo") brings this Court action pursuant to U.S.C. section 1983 against defendants in their official and individual capacity the defendants are state officials. Plaintiff also seek's to place liens on any and all properties owned by the defendants.

2. Previous Lawsuit's

A) Drumgo V Brown 1:08-CV-00592 Jbs/Gms Reversed & Remand in the 3rd Circuit Court of Appeal's For Philadelphia

B) Drumgo V Kuschel 1:14-CV-01135 Gms Reversed and Remand Twice in the 3rd Circuit Court of Appeal's for Phil

## 3) EXHAUSTION OF REMEDIES

A) There is a grievance system of which these incidents about this Campaign of ON Going harrassment have been exhausted to No Avail.

B) Drumgo has filed grievances concerning the issues mentioned in the Complaint at least One Hundred

C) Drumgo has exhausted all remedies threw All Administration and Central office

## Defendants

1. Sgt Funk (here in after "Funk") is a Sergeant at SCI-Camphill and resides @ SCI Camphill, P.O. Box 8837, Camphill, PA 1700

2. Hornung (here in after Hornung) is A Unit Manager at SCI-Camphill and resides @ SCI-Camphill, P.O. Box 8837, Camphill, PA 170

3. C.O. Cline is a Correctional Officer (here in after 'Cline') resides @ SCI-Camphill, P.O. Box 8837 Camphill, PA 17001

4. C.O. James is a Correctional Officer (here in after "James" resides @ SCI-Camphill P.O. Box 8837 Camphill PA, 17001

5. SGT Gilbert (here in after "Gilbert") is a Sergeant at SCI-Camp and resides @ SCI-Camphill P.O. Box 8837, Camphill, PA 17001

6. C.O. Lowe (here in after "Lowe") is a Correctional officer at SCI-Camphill and resides @ SCI-Camphill P.O. Box 8837, Camphill, PA 170

7. C.O. Yox (here in after "Yox") is a Correctional officer at SCI-Camphill and resides @ SCI-Camphill P.O. Box 8837 Cmph PA 1701

8. SGT Bare (here in after "Bare") is a Sergeant at SCI-Camphill and resides @ SCI-Camphill P.O. Box 8837, Camphill, PA 1700

9. Lieutenant Mihal (here in after "Mihal") is a Security LT at SCI-Camphill and resides @ SCI-Camphill, P.O. Box 8837 Camphill, PA 17001-8837

10. Lieutenant Penfold (hereinafter "Penfold") is the Lieutenant for the Entire CumPhill and resides @ SCI-CumPhill, P.O. Box 8837 CumPhill, PA 17001-8837

11. SGT McBeth (hereinafter "McBeth") is a Sergeant at SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill PA 17001-8837

12. Tonya Hoist (hereinafter "Tonya") is a Grievance Coordinator at SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

13. Deborah Alvord (hereinafter "Deb") is the Assistant of the Superintendent @ SCI-CumPhill and resides @ SCI-CumPhill, P.O. Box 8837 CumPhill, PA 17001-8837

14. C.O. Roth (hereinafter "Roth") is a Correctional officer @ SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

15. SGT Bainey (hereinafter "Bainey") is a Sergeant @ SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

16. Unit Mgr Digby (hereinafter "Digby") is a Unit Manager @ SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

17. SGT Rivera (hereinafter "Rivera") is the In-take Sergeant for SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837, CumPhill, PA 17001-8837

18. C.O. Hubert (hereinafter "Hubert") is the Property officer for SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

19. Lieutenant Bollinger (here in after "Bollinger") is the Property Lieutenant at SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

20. Superintendent Laurel Harry (here in after "Harry") is the Superintendent at SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

21. Schnell (here in after Schnell) is A Partial & Bias Hearing examiner at SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

22. C.O. Johnson (here in after "Johnson") is a Correction officer @ SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

23. Unit Manager Ritchey (here in after "Ritchey") is a Unit Mgr for the RHU of CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001

24. MAJOR Zobitne (here in after Zobitne) is A Major at SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

25. Sgt McGee (here in after McGee) is a Sergeant at SCI-CumPhill and resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

26. Sgt Maul who is a Sergeant at SCI-CumPhill who resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

27. John Does who have yet to be identified by Name or Nametag who reside @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

28. Jane Doe who have yet to be identified by Name or Nametag who resides @ SCI-CumPhill P.O. Box 8837 CumPhill, PA 17001-8837

(Relief Sought)

1) Temporary Restraining order and Separation from All the Officers and officials being sued and mentioned

2) Seek to sue both in the officers individual capacity and also their official capacity.

3) Seek All of my Property mention in Exhibit and or Grievance withheld by Unit Manager Horning Despite Proof of Exemption. (i.e. sweat suit, Brand New Sneakers, Fan, Poncho, Glasses, Thermal, Bowls Cup's from out of state. Please see Exhibit for complete list (Property Be Return i legal work to be Returned)

4) Seek Nominal Damages from each defendant of 20,000 Dollars each

5) Seek Compensatory Damages from each defendant of 20,000 Dollars each.

6) liens Put on All Property until the outcome of this suit in Regards to the Defendants

7) That harrassment stop and retaliation

8) that either the Defendants Be fired or transferred or I the Plaintiff Be transferred

9. That, if my Property cannot be found that it be replevin and or Replaced and revenue refunded

10. That I be Provided A outside Therapist for my mental health and all I've suffered

11. Compensation for Good time loss, wages as a cook Compensation And or Credit for the Good time I could've earned

(Brief Summary)
of The Said Claims

Violation of 1st, 5th, 8th And the 14th Amendment Right. Where the Plaintiff Drumgo suffer's from A ONGoing Campaign of Harrassment.

I the Plaintiff swear and verify this Complaint that is Solidified with Geniune factual material that exist to Preclude not only frivilous Motions of dismissal but Also Frivilous Summary Judgements.

This Complaint is Foundated by not only A Sworn & verified Complaint but Affidavit's and Grievance for every incident

To: Proceed:

The Plaintiff was transferred to Pennsylvania from Delaware After being A suspect and or Ringleader in the Murder of A Correctional officer Despite Not being indicted Nor Charged the Plaintiff Drumgo still is harassed Daily weekly and or Monthly retaliation against Drumgo Continues as if he was Convicted. The Plaintiff is Also retaliated against becau he files Grievance and makes Record of inAppropiate Threat's, harassment of sexual Nature by Staff.

The Plaintiff has lost Good time, his Job and A chance to Shorten his Sentence of which he has No Pennsylvania cases Nor Charges He is Sentenced under Delaware law which is A Flat Sentence.

On 9-3-19 Despite being a Level 3 Transfer from SCI-Frackville. I was transferred from GP of Frackville to RHU of Camphill. Only to be told by Lieutenant Berfield I would not be Able to take over at SCI-Camphill."

9.4.19 After Seeing "PRC" Program Review Comm' They after Evaluating my want to make Progress Sent me to a Foundational structure of N-Block to be Positive until a Bed was Open on M-Blocks T.C. according to Deputy Horner and others.

On And or Around the Date of 9-6-19

1) SGT Rivera and C.O. Lopez ignored my Previous Legal exemptions Provided By Prior Prisons Coaltownship and Frackville Thus causing these two officers to Deprive me of Approx. 3 Boxes crammed into one big Box. I showed them the Previous Exemption And Also that I was a Emergency Transfer according to Frackville Major WYDNER saying that All my Property sent with me was to be Accepted.

SGT Rivera, Felt it was more important to interrogate me. After seeing I was A interstate Compact he Ask was I Part of the Uprising at Delaware James T. Vaughn? I invoked my Fifth Amendment. He said we Need

* to kill more Prisoner's here Like at Vaughn More Particulary ones like You"!?

It would take me 8 months to Recieve my Legal work that he withheld

2

Thus resulting in Me Being Denied Adequate Access to the Courts in regards to be Able to File My motion for Actual innocence And Also litigate My several Civil suit.

2) On October 1st, 2019 C.O. James a Female C.O. Presumed to be Lesbian told The Plaintiff Drumgo to suck her Dick! and that she was Not scared of A C.O. Killer from Delaware??! (I filed A Prea ¡Grievance' October 14th 2019

3) Drumgo was interview by another Presumed Lesbian Security Lieutenant Mihal with in hours of this interview the Plaintiff Drumgo was Wrongfully Transferred (Demoted) to the Animal House Call P. Block. That smelled of Dog Fecies and a More Secure Unit Constant Door Slamming and Yelling. This Caused the Plaintiff Drumgo to be taken off the T.C. Program list set By The Superior's of the Administration "PRC"

Date: 10.4.20

4) Before Drumgo Left he was told By SGT Gilbert That he was being Demoted for filing Grievance And or PREA on His Officers (C.O. James)

Assault)

4B) 9.26.20 SGT Mail Also Randown on me Snatching my Kufi off my head and Called me A murderer and C.O. Killer. I wrote Ms Digby the Unit Manager to No Avail I Also filed 3 A Grievance.

5) On the Date of 10-9-19 the Retaliation Continued When SGT STUM spoke of the Plaintiff filing A Prea on his officer James (see Exhibit / Grievance)

9:40 Am 6) On the Date of 10-10-19 the Retaliation Continued When SGT McBeth Denied the Plaintiff the Use of the Kiosk Because the Plaintiff filed A Prea on James According to SGT McBeths Girlfriend or Love Unit Manager of N-Block MS Digby (Please see Grievance & exhibit)

7) On the Around About Date 10-10-19 at 4:15 Pm SGT Funk threw my toilet Paper over the Railing Yelling No toilet Paper for A Cop killing Nigger from Delaware He said: You think You Gone Just File PReu's with no repercussion

She Also Asked why I wasn't sent to Shelter or Phoenix with the Rest of the Delaware Guys?

8) Days After this Drumgo was called to Security Again Seen by Lieutenant Mihal Who Blatantly Said Get Use to it! CIE Being Called A Cop. killing Nigger. They can say what they want. SGT Funk continued on working P. Block.

9) On Around the Date of Nov 6th, 2019 The Plaintiff filed A Prea on the Unit manager And Grievance on Unit Manager Hornung who was shaken the Cell Door using his Creepy Voice Short of A Whisper (Just Above A whisper) Horny Hornung said take that shirt Down So I can see that Black Ass!!! I wrote Deb Alvord, Major Zobitne & L.Harry to No Avail

4

10) On And or Around the Date of Feb 10, or 12th 2020 the Plaintiff seen Superintendent L. Harry and her black hair Male Assistant Possibly the Deputy In Short The Plaintiff Drumgo Asked Laurel Harry When would his Wife Be reinstated to the Visiting list. Laurel Harry smiled with A Demonic Smile And said Arent You that Guy From Delaware I'm hearing So much Bad stuff About?

The Plantiff Simply replied I do Not Currently have Any misconduct at Camphill and I'm working and Programming.

Well beings tho You Continue to File Grievances on MY Officers That Visitor Whom ever She may be will Not be returning.

Despite the Fact the infraction Not Occurring At Camphill Laurel Harry Denied Verbally without Correct review with Simply Prejudice. Then later she said something Different.

5

11) On The Date of 10-31-19 /til now I filed numerous Grievances that mentioned Tonya Heist who is the Grievance Coordinator Despite it Being A Conflict of Interest She Still wrongfully rejected my Grievance Either straight out or with A lie or with A SPN -whatever this was Appealed to Both Deb Alvord & Laurel Harry to no Avail. And the Conflict continued and clearly Not only interfered with Tonya Heist Being impartial and fair but Caused Her to become scorn scorn According to Unitmanager Hornung.

(Retaliation for filing Grievances)
12) Unit Manager Hornung Called me in his office somewhere Around the Date of May 8th 2020 I believe like the 4th or 5th in which he tried to Persuade me Not to file anymore Grievance because I had Pissed him and Tonya Heist off I the Plantiff Declined And I recieved two Frivilous misconducts From Not only Tonya Heist But Also Hornung these two according to the Hearing Examiner Conspired to retaliate Against the Plaintiff Drumgo for filing Grievances and Prea's Against them both of them Drumbo was Found Not Guilty later By Hex Schnek

6

13) On May 18th, 2020 I seen the Unit manager and officers Cline & Johnson in a huddle and Hornung pointing in my direction later that day I was hit with a Camphell Special Lie which is a Lie on a misconduct.

14) C.O. Cline took my tablet off the Kiosk and took it to C.O Johnson she called a code without the SGT Long's permission C.O. Cline intentionally lied saying I said something to her when she never came to my door. Only the SGT Long who I have a Repor with if the court was to review the video. As I left C.O. Cline said "Horny" = Hornung sends his regards

15) I was given a Bias, Unfair, Partial Hearing And which I was Deprived Due Proc I was not allowed to confront my accuser nor call my witnesses nor use the video. (HEx) Schnek Deprived me of Due Process: suffered cruel & unusual

16) I was Wrongfully Found Guilty and Given 30 Day's in which I was Put in a molded cell that was Flooding Daily.

17) Because of this Lying officer Cline and Hearing Examiner Schnek I suffered a cruel and unusual Punishment where I was Deprived A Change of Underwear, Tee Shirt And Shower Shoes which Caused me to suffer of Athelete's Foot Constant itching.

7

I was Denied Basic Neccessity for Two Weeks And Also Deprived "Adequate Access" to the Courts My Property was Deprived BY C.O. Hubert Unit Manager Both Ritchey and Horning Despite the Fact The Law Library had Proof of my Deadline Due in the 3rd Circuit Court of Appeals for Philadelphia.

17) After Asking Unit Manager Ritchey and Counselor Ms Fells they Both Let me Know that C.O. Hubert takes a month to bring Shower shoes And Basic Neccessity And Could Care Less About Adequate Access to the Courts.

18) This is Contrary to Policy and Procedure And Operations of Other PA DOC SCI. Facilities who give out Diddy Bab's which Consist of Basic Needs Shower Shoes, Soak, Boxer (3), Tee-Shirt, Wash Cloth Then within A Week of Housing they Pull out Your Property and Allow You A Box Full of Property. Here at SCI-Camphell the Move as their own Entity, with everyth I informed Lieutenant Tobias, Lieutenant Jones C.O. Sprigble SGT Barney and Other John Does

19) C.O. Roth told me I was only Allowed one Pair of Boxers And that I had to Wear Clean Boxers while Dirty to the Shower or Dirty Boxers While Clean Despite Covi 19 for the Record every count of Complaint has Been Exhaust

8

20) When C.O. Hubert finally Brought my Property in only ten inch Portions he Brought me what he thought I should of Had. Versus what I Needed.

21) I was informed By Um Ritchey that Half of my Property was Kept By Unit Manager Hornung which was Against Policy. (retaliation By Hornung)

22) I informed C.O. Hubert who told me that the word is Unit Manager Hornung And Tonya Heist have it in for me. He Said their going to try to Play a Game Knowing must of Your Property is in the P. Block Closet under the Guarded Key of Unit Manager Hornung.

Their Gone to tell You to File A Grievance only so Tonya Heist can Reject or Deny this will have Hornung and this Officer's Eating Good for Sometime Just imagine How many times they Do this then some Get Transferred. (Please see Exhibit that) Shows All I'm Still missing.)

As Promise My Property Grievance was Reject By the Conflict of interest The Plaintiff Appealed to no Avail. Tonya Heist Said I was on Restriction then when I filed Again She Said the 15day window expire to SPin Moss. Campbell Spears

9

Superintendent L. Harry And Assistant Upheld and support the Foolish Fascism Perpetrate at SCI-Campbell Daily.

23) On July 28th, 2020 I turned around to see C.O. Lowe with my Tablet which he intentionally Pulled my Tablet Holding it Upside Down while still Syncing Hooked Up to the Kiosk Also Damaging the Plug or Arm to the Kiosk but this also Can Break my Tablet's socket When I asked him About this "He Said: Arent You the Guy who murdered a C.O. in Delaware. Fuck Your shit!!!

24) I brought this to the Attention of SGT Bare which Lead to C.O. Lowe Telling me to suck his Dick and to Lock the Fuck in!
    SGT Bare Support this when he Said You heard What the Fuck he said Lock in!

25) After Going to my Cell C.O. Yox Called my Cell and Said "Lowe" Said are You Going to suck his Dick? Well are You?!! He Continued. He said if You Don't suck his Dick You Will Not Be Coming out of Your Cell tommorrow on my shift for DM Room. (I filed A Prea & Grievance) to no Avail

10

(Their should be outside clergy who investigates prea grievances)

26) On July 29th, 2020 I was Called to Security to see L.T. Miheal to No Avail

27) On July 29th 2020 my Cell Door Did Not Open for Day Room I hit the Emergency Button Where C.O. Ms Jane Doe said You know what Yox said Yesterday.
So I then Called the Sgt McGee who Came to the Cell Door and told me, I know what Yox and Lowe Want You to do For Day Room Suck Dick You Murderer! He Walked Away
Clearly I was Being Punished for Not Performing a Sexual act, for filing a Grievance involving my PREA Rights and Where and what I Came from.

28) Around the Date I believe was 8-12-20 SGT Funk who is Previously Mentioned As Calling Me A Nigger & Killer.
Saw the Opportunity to take my tablet at the Kiosk he took it in to the Bubble then he and C.O. Yox who I could see from my Cell Both said threw my cell speaker. Yeah this prea's on you Dickhead! We Got your tablet SGT Funk then Brought me A inventory Sheet for my Tablet. I said I know what this is About Bro: He said I'm Not Your Bro Your

I know what this is About Bro." He said I'm Not yu Bro Your A Nigger.

29) I was called to Security By L.T. Mihal again who Clearly Fails to Protect.

30) On August 5th, 2020 I walked threw the Outsi hallway coming from Yard at Around 3:30Pm SGT Bare Said File Another Prea or Even a Grievance and that's Your Ass!

31) On August 5th, 2020 later that Night Review Camera SGT Bare Announced that the Entire Corner of Cell's Would be burnt for DayRoom If I Continued to file Prea's and Grievances.

32) I went to Security Around August 14th 2020 it was A Friday I seen L.T Berfield Who Asked me How was I And I Replied Im low. He said No Your Not Your still filing Grievances And Prea's.
Which He Failed to Protect me Also

33) On August 28th, 2020 Around 2:30 Pm while walking to Jumah Service SGT Funk Stopped me when he had No reason and Said You Keep Reporting retaliations Motherfucker and I will see that You are Killed! Either threw Corona Or A inmate

I swear And Verify this Complaint & that every issue in MY Complaint has been Grieved And Exhausted

17

34. On August 31st, 2020 at 2:15 Pm I asked SGT Bare About the time for Day Room being stolen beings this we were entitled to 1 hour 15 minutes however we only got 65 minutes. He said I'm lucky to get anything with all the paperwork I file.

I then asked him why my cell is the only cell that the Count light is kept on the entire 2 to 10 shift Daily. He said we must keep eyes on You at all times. I the Plaintiff have been to Numerous Buildings and the Count light is only used for Count times. Not Torture or harrassing.

35. Sgt Bare Came to my cell minutes later and told me I better stop. Questioning him or Get Sent to the Hole.

36. On September 1st, 2020 As A result of Being a witness my celly "Carlos Lopez" was sent to the "Hole" and at 8:15 to 8:30 Pm SGT Bare & Yox Said. Your Next Drumgo 1 down 1 to go! They took Carlos Lopez Property and left.

37. On Sept 2nd 2020 C.O Yox Delievered my Food tray telling me to enjoy my "covid" meal. This was at around 5:00Pm Dinner

38. Sept 6th, 2020 SGT Funk tried to Delievere A Food tray Saying enjoy. I refused the food meal for Fear of Being Poisened.

I the Plaintiff Swear Under the Penalty of Federal Perjur' The foregoing is True to the best of my Ability

De-Shawn Drumgo Sr.
NC1640
SCI-Camphill

D. Drumgo
9-7-20

Certificate of Service

I De-Shawn Drumgo swear and verify the Complaint Enclosed.

To: Middle District Court
420 U.S. Courthouse
235 N. Washington St
Scranton, PA 18501

TO: Attorney General office
_____
_____

De-Shawn Drumgo Sr #NC1640
9-7-20

De'Shawn Drumgo sr
#NC1640
SCI-Camphell
P.O. Box 8837
2500 Lisburn Road
Camphill, PA 17001

United States District Court
For Middle District of Pennsylvania
Clerk of Court
420 U.S. Courthouse
235 N. Washington St
Scranton, Pennsylvania
18501

RECEIVED SCRANTON
SEP 11 2020
PER ____ DEPUTY CLERK

LeGaL Mail

INMATE MAIL
18501$5001 C770

"Inmate Mail, PA DEPT. OF CORRECTIONS"

FOREVER USA
Barn Swallow

U.S. POSTAGE PITNEY BOWES
ZIP 17011
$ 000.50